# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Transamerica Premier Life Insurance Company,<br>*Plaintiff*<br>v.<br>Mary Carroll, Hannah Sherlock, and Johnny Sherlock,<br>*Defendants* | Civil Action No. 1:16-02533-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: declaratory judgment is entered in favor of Plaintiff, Transamerica Premier Life Insurance Company against Defendants, Mary Carroll, Hannah Sherlock, and Johnny Sherlock, declaring that the Policy is null and void and of no force and effect and that Transamerica has no obligation to pay the death benefit under the Policy nor any other obligation under the Policy, and that Transamerica is entitled to retain all amounts paid as premiums for the policy.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having granted plaintiff's motion for judgment by default.

Date: May 12, 2017

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*